**No. 10-6076. Ritchie Bufford, Petitioner v. United States.**

564 U.S. 1021, 131 S. Ct. 3019, 180 L. Ed. 2d 848, 2011 U.S. LEXIS 4664.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 373 Fed. Appx. 602.